Albert Hernandez
Name
18.5 reservation
Reno NV 89502
06-0623
Prison Number

```
☒ FILED      ____ RECEIVED
___ ENTERED  ____ SERVED ON
             COUNSEL/PARTIES OF RECORD

        JAN 1 1 2007

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Albert Lucas Hernandez JR,
        Plaintiff,

vs.

Reno Sparks Indian Tribal Council,

Reno Sparks tribal Court,

Reno Sparks Tribal police,

        Defendant(s).

CASE NO. 3:07-cv-00023
(7                rk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Albert Hernandez,
(Print Plaintiff's name)

who presently resides at 18.5 Reservation Road, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Reno sparks Indian Colony on the following dates
(institution/city where violation occurred)

_____, _____, and _____.
(Count I)           (Count II)              (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant Reno Sparks Indian Tribal Court resides at 98 Coloney Road,
     (full name of first defendant)     (address if first defendant)
and is employed as Reno Sparks Indian tribal Court. This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: violation of amendment I II III IV V VI VII VIII IX X

3) Defendant Reno Sparks Indian tribal police resides at 98 Coloney Road,
     (full name of first defendant)     (address if first defendant)
and is employed as Reno Sparks Indian tribal police. This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: violation of amendments
I II III IV V VI VII VIII IX X

4) Defendant Reno Sparks Indian housing resides at 98 Coloney Road,
     (full name of first defendant)     (address if first defendant)
and is employed as Reno Sparks Indian Housing. This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: violation of amendments
I II III IV V VI VII VIII IX X

5) Defendant _____ resides at _____,
     (full name of first defendant)     (address if first defendant)
and is employed as _____. This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

2

6) Defendant _____ resides at _____,
       (full name of first defendant)     (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
       (defendant's position and title, if any)
   ___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: _____
   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

   _____
   _____

   - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   Amendment right violation Tribal Law violations Stolen Car was never reported Laughed at By Tribal police. held in Washoe County jail on empty straw witch was denied Being tested By an outside Agency and town a result. Stolen cameras By tribal council under surveylence By the reno sparks tribal police. people Being pulled over after leaving My resinence and told lie about me to my family. I am a single father of four children what kind of example can I set while Being treated like some kind of animal. Since the reno sparks indian Colony tribal Council has taken my house and time with my four children.

   - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: _____

I  IV  V  VI  VII  VIII  IX  X

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I feel my Amendment one through ten have been violated. The amendment have made to be a joke by the Reno Sparks Indian Council. I feel to this day the Reno Sparks Indian tribal Council continue to make a mockery of the amendments and feel its necessary to violate my civil rights. As an American male, I am a single father of four children. The Reno Sparks Indian tribal Council stole five night vision cameras from my house. I used the night vision cameras for self protection because I was shot in a drive bye. Which left me in a wheelchair. Earlier in the year I had a one bedroom apartment the tribal council felt it was necessary to take from me. The Reno Sparks Indian Tribal Council Recieves fund from the federal government for rehab and alternative sentencing But I recieved fourteen months in a B.J. A detrion facility, and was never offered alternitive sentencing. Because the Tribal Council said They were going to make an example out of me. I am a single father of four children who was caught in a drive bye and is restricted to a wheelchair. help me help the Reno Sparks tribal Council understand they can't break the law By Being the law. The Reno Sparks indian tribal continues to violate my amendments as well as there own laws

4

## COUNT II

The following civil rights has been violated: _____

I  IV  V  VI  VII  VIII  IX  X

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

The reno Sparks tribal police placed me under surveillence advised by The Reno sparks Indian Tribal Council. I was libeled as a trouble maker. At the begining of 2006 A tribal police man stopped and harrased everybody, who stopped by my house to check on me and my children. I was always tought police were there to protect and always answer when called make frends not enemies. But to be honest I'm afraid for my life, I called the tribal police on a stolen car that was stolen from 16 reservation road where I lived at the time. I reported the stolen car to officer hardo I told her that a 1994 Mazda MX3 was stolen from my front yard. I waited from 11 noon to 3:00pm no police responded. I went to The tribal police station I talked to officer Colley and the private investigator "steven Barretre" the investigator said "you probably deserved to have your car stolen" then laughed and walked away. I do not think my car being stolen is a laughing matter especially from the tribal police. No report was ever made the tribal police continue to make up their own laws please let them know the police have laws to obey also or the harrasment will continue.

## COUNT III

The following civil rights has been violated: _____
I IV V VI VII VIII IX X

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

The Reno Sparks Indian tribal Court has violated my rights By Holding me in Jail for two months without Bail Reduction Bail was set at 6,000 dollars and Remain'd at 6,000 dollars. The Judge Carolyn Seneca Steel Contributes herself By saying I was a threat to the community By then saying I was a threat to my self. The VIII th Amendment was Brought to the tribal Courts attention and also the tribal laws. Each were ignored non Broke. She continued By saying she wouldn't offer me alternitive sentencing Witch The Court recieve grants from the federal government for. She has to obey laws set By the supreme court and my Amendment rights as a native American male. Carolyn Seneca Steele Continues to make a mockery of the amendments as well as the tribal laws. This whole "Breakin The Law By Being The Law" has to Brought to your attention or it will continue.

---

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

   a) Defendants: _____
   b) Name of court and docket number: _____
   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
      _____
   d) Issues raised: _____
      _____
      _____
   e) Approximate date it was filed: _____
   f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _____
   b) Name of court and case number: _____
   c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
   d) Issues raised: _____
      _____
   e) Approximate date it was filed: _____
   f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _____
   b) Name of court and case number: _____

7

    c)     The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

    d)     Issues raised: _____

    e)     Approximate date it was filed: _____

    f)     Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____.

    b)     Name of court and case number: _____.

    c)     The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

    d)     Issues raised: _____

    e)     Approximate date it was filed: _____

    f)     Approximate date of disposition: _____

3)     Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? \_X\_ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

8

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

these are my terms and conditions 1) Harrassing By the reno Sparks indian Colony tribal Council, police and court to Be stopped on me and imediate family. 2) Restraing order against the reno Sparks indian tribal Council, police and court 3) Ramberrsment for stolen Car, Jail time missed holiday incluteing, hollaween, thanksgiving, christmas and new years and most importantly missed time with son & 3 daughters 4) All lawyer fees and legal paperwork expenses etc... paid. 5) Leave all payback to the discression to the court. Stop all telephone recordings and all other recordings etc.,

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Albert L. Hernandez  
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Albert L. Hernandez  
(Signature of Plaintiff)

12-31-06  
(Date)

(Additional space if needed; identify what is being continued)

9